B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Michigan

In re **Karen Lynn LaBelle**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Bank of America | **Describe Property Securing Debt:** <br> Location: 22160 Kensington, Taylor MI 48180 |
|---|---|

Property will be (check one):  
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):  
 ☐ Redeem the property  
 ■ Reaffirm the debt  
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
 ■ Claimed as Exempt      ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Santander | **Describe Property Securing Debt:** <br> 2002 Escape <br> Location: 22160 Kensington, Taylor MI 48180 |
|---|---|

Property will be (check one):  
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):  
 ☐ Redeem the property  
 ■ Reaffirm the debt  
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
 ■ Claimed as Exempt      ☐ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES    ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **December 13, 2012**　　　　　Signature **/s/ Karen Lynn LaBelle**
　　　　　　　　　　　　　　　　　　　　　　　　**Karen Lynn LaBelle**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor